# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | No. CR-19-50048-002-TUC-JGZ (BGM) |
| Plaintiff, | **ORDER TERMINATING PROBATION PRIOR TO ORIGINAL EXPIRATION DATE** |
| v. | |
| David Mayorquin | |
| Defendant. | |

On Monday, September 24, 2018, the above named was placed on probation for a period of 5 years. David Mayorquin has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that David Mayorquin be discharged from supervision.

Respectfully submitted,

*Michele Castillo*
Michele Castillo
U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that David Mayorquin be discharged from supervision and that the proceedings in the case be terminated.

*Jennifer Zipps*                                4/15/2022
Honorable Jennifer G. Zipps                     Date
U.S. District Judge